IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SANACT, INC., | ) | CIVIL NO. 16-00377 HG-RLP |
| Plaintiff, | ) | |
| vs. | ) | |
| US PIPELINING LLC, | ) | |
| Defendant. | ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF SANACT, INC. dba
ROTO ROOTER'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND RELATED
NON-TAXABLE EXPENSES (ECF NO. 84) AS MODIFIED</u>

Findings and Recommendation having been filed and served on all parties on September 10, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff Sanact, Inc. dba Roto Rooter's Motion for an Award of Attorneys' Fees and Related Non-Taxable Expenses" (ECF No. 84) are adopted as the opinion and order of this Court with the following modification:

On Page 3, in line 10 of footnote 2, replace "Ms. Wrights" with "Ms. Wright's".

IT IS SO ORDERED.

DATED: HONOLULU, HAWAII, October 1, 2018.

Helen Gillmor
United States District Judge